**Azmi HAKIM, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 11–60538
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2012.

Scott Eric Bratton, Margaret Wong & Associates Co., L.P.A., Cleveland, OH, for Petitioner.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ann M. Welhaf, Tangerlia Cox, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

We previously remanded this case so that the Board of Immigration Appeals (BIA) could consider whether Azmi Hakim had shown that the government of Israel would be "willfully blind" to his alleged torture by Muslims, as required for relief under the Convention Against Torture. *Hakim v. Holder*, 628 F.3d 151, 155–57 (5th Cir.2010) (*Hakim I*). On remand, the BIA concluded that Hakim had not shown willful blindness. Hakim has filed a petition for review.

As Hakim is removable for having committed an aggravated felony, we have jurisdiction only to determine whether the BIA applied the proper legal standard or to consider other legal or constitutional issues. *See Hakim I*, 628 F.3d at 154–55. Although Hakim purports to challenge the BIA's standard of review, he is merely attempting to couch in legal terms his factual contentions that he adequately established the requisite likelihood of torture. The BIA applied the correct legal standard, and Hakim fails to identify any other legal or constitutional issue over which we have jurisdiction. The petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

